UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JENNIFER MARIE DAVIDSON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:23-cv-00872-AR<br><br>ORDER |

For the reasons set forth in the parties' stipulated motion for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, et seq., and good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff is here by awarded $13,000.00 in fees and expenses under the EAJA. Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned her right to EAJA fees to her attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check or electronic fund transfer (EFT) made out to Plaintiff but delivered to Plaintiff's attorney.

2. Plaintiff is awarded costs, as provided in 28 U.S.C. § 1920, in the amount of $402.00. Payment of costs may be made either by EFT or by check.

.

IT IS SO ORDERED this __8th__ day of __July__ 2024.

_____/s/ Jeff Armistead_____<br>UNITED STATES MAGISTRATE JUDGE

Submitted by:

NATALIE K. WRIGHT, OSB #035576
United States Attorney
District of Oregon
KEVIN DANIELSON, OSB #065860
Executive Assistant U.S. Attorney
Mathew Pile
Associate General Counsel
Office of Program Litigation, Office 7

<u>s/ Delores Montgomery</u>
DELORES MONTGOMERY, CA BAR #267878
Special Assistant U.S. Attorney
Office of Program Litigation, Office 3
Office of the General Counsel
Social Security Administration
Attorneys for Defendant

Page 3     DEFENDANT'S ORDER ON STIPULATED MOTION FOR ATTORNEY FEES - 3:23-CV-00872-AR